**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1646**

---

DALLICE M. ALLEN,

                                        Plaintiff - Appellant,

        versus

SOCIAL SECURITY ADMINISTRATION,

                                        Defendant - Appellee,

        and

KATHLEEN A. MIKA; DENISE RIDDLE; BLAKE GORDAN;
SOCIAL SECURITY DISABILITY AND APPEALS,

                                        Defendants.

---

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Henry F. Floyd, District Judge.
(CA-04-280)

---

Submitted:  December 22, 2005        Decided:  January 4, 2006

---

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Dallice M. Allen, Appellant Pro Se.  Marvin Jennings Caughman,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dallice Allen appeals from the district court's order accepting the recommendation of the magistrate judge and dismissing her complaint in which she asserted that the Social Security Administration unlawfully suspended her benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Allen v. Social Security Admin., No. CA-04-280 (D.S.C. filed Feb. 18, 2005; entered Feb. 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED